QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

WILLIAM L. RICHEY, P.A.
  Catherine S. Christie (*Pro Hac Vice*)
  csc@richeylaw.com
1111 Brickell Avenue, Sabadell
Financial Center, Suite 2200
Miami, Florida 33131
Telephone:  (305) 372-8808
Facsimile:   (305) 372-3669

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| New Amsterdam Project Management Humanitarian Foundation,<br><br>Plaintiff,<br><br>vs.<br><br>Kevin B. Connolly, Keith Meyer, Meyer & Connolly, LLP, Hartford Holding Corporation, Eurocapital Markets Ltd., Margaret Laughrin, Clinton Holland, Riki Graham Mangere,<br><br>Defendant. | CASE NO. 8:03-cv-00696-CJC-MLG<br><br>Hon. Cormac J. Carney<br><br>**[~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT**<br><br>Trial Date: None Set |

06289-00001/8458413.1

The judgment debtors MARGARET LAUGHRIN, CLINTON HOLLAND, RIKI GRAHAM MANGERE, HARTFORD HOLDING CORPORATION, AND EURO CAPITAL MARKETS, LTD. ("Judgment Debtors"), having judgment entered against them on March 16, 2007;

NOW, upon application of New Amsterdam Project Management Humanitarian Foundation because Judgment Debtors have failed to pay the amount of said judgment or any part thereof and Judgment Debtors are indebted to New Amsterdam Project Management Humanitarian Foundation:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Judgment Debtors be renewed in the amount of $86,102,679.22, which is broken down as follows:

| | |
|---|---|
| Total Judgment: | $40,000,000 |
| Prejudgment Interest Awarded (July 19, 2001 to March 12, 2007) | $3,954,524.22 |
| Credits after Judgment: | $ 0 |
| Subtotal: | **$43,954,524.22** |
| Interest after Judgment—from March 16, 2007 to October 14, 2016 accruing at the rate of 10% pursuant to California Code of Civil Procedure section 685.010: | $ 42,148,155 |
| **Total Renewed Judgment:** | $86,102,679.22 |

DATED: 11/17/2016

_Loui Wagers_
CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Presented by:
QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: /s/ _Steven G. Madison_____

Steven G. Madison
Attorneys for Plaintiff and Judgment Creditor
New Amsterdam Project Management Humanitarian Foundation